```
 RCHAN   531.01  *           INMATE HISTORY              *       10-15-2020
PAGE 001 OF 001  *             DESTNATION                *        08:02:49

 REG NO..: 20622-041 NAME....: MARTIN, ADAM JONATHAN
 CATEGORY: DST       FUNCTION: PRT        FORMAT:

FCL     ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
2-P     CMS 7MZ HC VOA MINNEAPOLIS MN-HOME CONF 09-29-2020 1450 09-29-2020 1257
9-L     DTH        DULUTH FPC                   02-14-2017 0937 02-17-2017 1350




















G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

**GOVERNMENT EXHIBIT**

**1**

Cr. No. 216-CR-82 (WMW/LIB)